# CLYDE&CO



DENIED
*Judge Donna M. Ryu*
Dated: 8/25/15

Clyde & Co US LLP
101 Second Street
24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
www.clydeco.us
Kevin R. Sutherland
Kevin.Sutherland@clydeco.us

August 21, 2015

**VIA CM/ECF**

The Honorable Donna M. Ryu
United States District Court
Northern District of California
1301 Clay Street, Suite 400S, 4th Floor
Oakland, California 94612

   Re:   *Nahideh Haghighi v. Emirates*
         Case No.: 4:15-cv-01198-SBA

Dear Judge Ryu:

We are writing regarding the Settlement Conference scheduled in the referenced matter for September 17, 2015, at 10:00 a.m.  Pursuant to the Notice of Settlement Conference and Settlement Conference Order, dated June 26, 2015 (hereinafter "the Order"), Emirates respectfully requests that its representative be excused from attending the Settlement Conference or, in the alternative, be permitted to participate in the Settlement Conference by telephone.

The Order provides, in pertinent part, that: "an insured party shall appear with a representative of the carrier with full authority to negotiate up to the limits of coverage."  Emirates is an insured party, and a representative of Emriates' Insurers will be traveling from London to personally appear at the Settlement Conference on Emirates' behalf.

In addition, according to Alternative Dispute Resolution Local Rule 7.4(a), "[a] party other than a natural person (e.g., a corporation or an association) satisfies [the] attendance requirement if represented by a person (other than outside counsel) who has final authority to settle and who is knowledgeable about the facts of the case."  In light of the fact that a representative of Emirates' Insurers who is fully knowledgeable about the facts of the case and who has final settlement authority will be appearing personally at the Settlement Conference, Emirates will have satisfied the attendance requirement.  As such, it is unnecessary for a representative of Emirates to attend the Settlement Conference.  Emirates' interests will be adequately protected by its counsel and Insurers.

Clyde & Co US LLP is a Delaware limited liability partnership with offices in Atlanta, New Jersey, New York, Newport Beach and San Francisco.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.

1802102



The Honorable Donna M. Ryu
United States District Court
Page 2


In light of the foregoing, we respectfully request that a representative of Emirates be excused from participating in the Settlement Conference. Alternatively, we respectfully request that a representative of Emirates be permitted to participate in the Settlement Conference by telephone.[1]

Thank you for your consideration of this request. We look forward to attending the Settlement Conference.

Very truly yours,

Kevin R. Sutherland

cc:     John McKay, Esq. (via CM/ECF)

---

[1] Plaintiff's counsel has advised us that plaintiff opposes Emirates' request.

1802102